FILED
MAY 0 1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GERMAN VALENCIA,<br><br>　　　　　Defendant, | No. 1:19-mj-00062 BAM<br><br>**ORDER DIRECTING CLERK TO TRANSFER MONIES FROM REGISTRY ACCOUNT TO CLERK OF THE COURT WHERE CHARGES ARE PENDING** |

On April 12, 2019, the court entered an order as to defendant German Valencia, releasing the defendant on a $20,000 cash bond. On April 30, 2019 the case was transferred to the Northern District of Illinois. Therefore, the Clerk of Court is hereby ordered to transfer any bond deposited in the registry to this court plus accrued interest to the Clerk of Court where the charges are pending.

IT IS SO ORDERED.

Dated: 5/1/18

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1